## YATES CENTER NAT. BANK v. SCHAEDE.

(Circuit Court of Appeals, Eighth Circuit. September 13, 1916.)

No. 4620.

In Error to the District Court of the United States for the District of Kansas.

Action by the Yates Center National Bank, by and through and for the use and benefit of A. H. Gillis, as its receiver, against Ferdinand Schaede. There was a judgment for defendant (240 Fed. 240), and plaintiff brings error. Affirmed.

Altes H. Campbell, of Iola, Kan., for plaintiff in error.
George R. Stephenson, of Yates Center, Kan., and F. J. Oyler, of Iola, Kan., for defendant in error.

PER CURIAM. Affirmed, with costs, without a written opinion.